# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

In re: COLUMBIA CHANNEL GOLD MINING COMPAN § Case No. 15-42177-CN
§
§
Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Marlene G. Weinstein, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $0.00  
*(without deducting any secured claims)*

Assets Exempt: N/A

Total Distribution to Claimants: $462,431.24

Claims Discharged Without Payment: N/A

Total Expenses of Administration: $177,744.19

3) Total gross receipts of $ 640,175.43 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $640,175.43 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $1,827.11 | $1,827.11 | $1,827.11 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 177,794.19 | 177,744.19 | 177,744.19 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 1,079.03 | 5,274.96 | 228.71 | 228.71 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 1,280,117.09 | 1,280,379.93 | 1,180,379.93 | 460,375.42 |
| **TOTAL DISBURSEMENTS** | $1,281,196.12 | $1,465,276.19 | $1,360,179.94 | $640,175.43 |

4) This case was originally filed under Chapter 7 on July 12, 2015. The case was pending for 56 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/18/2020          By: /s/Marlene G. Weinstein
                                            Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 1030 ACRES IN 3 TAX PARCELS IN SIERRA COUNTY | 1110-000 | 600,000.00 |
| WELLS FARGO BUS CHECKING ACCOUNT ENDING IN 1465 | 1129-000 | 26,939.27 |
| WELLS FARGO BUS SAVINGS ACCOUNT ENDING IN 0712 | 1129-000 | 520.49 |
| LPL FINANCIAL ACCOUNT ENDING 0171 | 1129-000 | 167.28 |
| Refund from IRS | 1224-000 | 2,000.00 |
| Claim for return of fees from Debtor's attorney | 1249-000 | 10,000.00 |
| Post-petition transfer to responsilble party | 1249-000 | 548.39 |
| **TOTAL GROSS RECEIPTS** | | **$640,175.43** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Sierra County Tax Collector | 4700-000 | N/A | 1,827.11 | 1,827.11 | 1,827.11 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$1,827.11** | **$1,827.11** | **$1,827.11** |

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - Marlene G. Weinstein | 2100-000 | N/A | 35,258.77 | 35,258.77 | 35,258.77 |
| Trustee Expenses - Marlene G. Weinstein | 2200-000 | N/A | 105.82 | 105.82 | 105.82 |
| Attorney for Trustee Fees (Trustee Firm) - Dentons US LLP | 3110-000 | N/A | 22,932.50 | 22,932.50 | 22,932.50 |
| Attorney for Trustee Expenses (Trustee Firm) - Dentons US LLP | 3120-000 | N/A | 53.73 | 53.73 | 53.73 |
| Other - Rincon Law, LLP | 3210-000 | N/A | 19,635.00 | 19,635.00 | 19,635.00 |
| Other - Rincon Law, LLP | 3220-000 | N/A | 100.62 | 100.62 | 100.62 |
| Other - Bachecki, Crom & Co., LLP, CPA's | 3410-000 | N/A | 13,356.00 | 13,356.00 | 13,356.00 |
| Other - Bachecki, Crom & Co., LLP, CPA's | 3420-000 | N/A | 80.68 | 80.68 | 80.68 |
| Other - New York State | 2820-000 | N/A | 50.00 | 0.00 | 0.00 |
| Other - Franchise Tax Board | 2820-000 | N/A | 2,400.00 | 2,400.00 | 2,400.00 |
| Other - CFP Insurance Brokers | 2420-000 | N/A | 4,971.14 | 4,971.14 | 4,971.14 |
| Other - Crist, Fritschi & Paterson, Inc. | 2420-000 | N/A | 4,971.14 | 4,971.14 | 4,971.14 |
| Other - CF&P Insurance Brokers | 2420-000 | N/A | 4,971.14 | 4,971.14 | 4,971.14 |
| Other - Franchise Tax Board | 2820-000 | N/A | 2,717.00 | 2,717.00 | 2,717.00 |
| Other - Trustee Resource Group | 2420-000 | N/A | 457.00 | 457.00 | 457.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 15.74 | 15.74 | 15.74 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 43.63 | 43.63 | 43.63 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 42.28 | 42.28 | 42.28 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 40.81 | 40.81 | 40.81 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 46.38 | 46.38 | 46.38 |
| Other - International Sureties, LTD. | 2300-000 | N/A | 8.85 | 8.85 | 8.85 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 35.12 | 35.12 | 35.12 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 33.63 | 33.63 | 33.63 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 50.84 | 50.84 | 50.84 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 46.27 | 46.27 | 46.27 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 46.20 | 46.20 | 46.20 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 52.51 | 52.51 | 52.51 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 46.06 | 46.06 | 46.06 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 52.35 | 52.35 | 52.35 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 47.51 | 47.51 | 47.51 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Other - Rabobank, N.A. | 2600-000 | N/A | 45.86 | 45.86 | 45.86 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 50.54 | 50.54 | 50.54 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 47.31 | 47.31 | 47.31 |
| Other - International Sureties, LTD. | 2300-000 | N/A | 9.01 | 9.01 | 9.01 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 44.56 | 44.56 | 44.56 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 36.97 | 36.97 | 36.97 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 40.24 | 40.24 | 40.24 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 36.29 | 36.29 | 36.29 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 42.71 | 42.71 | 42.71 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 38.77 | 38.77 | 38.77 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 37.42 | 37.42 | 37.42 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 42.53 | 42.53 | 42.53 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 37.49 | 37.49 | 37.49 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 41.37 | 41.37 | 41.37 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 38.72 | 38.72 | 38.72 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 37.38 | 37.38 | 37.38 |
| Other - International Sureties, LTD. | 2300-000 | N/A | 4.23 | 4.23 | 4.23 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 37.47 | 37.47 | 37.47 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 29.31 | 29.31 | 29.31 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 30.82 | 30.82 | 30.82 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 29.21 | 29.21 | 29.21 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 34.01 | 34.01 | 34.01 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 29.83 | 29.83 | 29.83 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 32.88 | 32.88 | 32.88 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 31.80 | 31.80 | 31.80 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 16.39 | 16.39 | 16.39 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 19.30 | 19.30 | 19.30 |
| Other - Martin R. Holstrom | 2820-000 | N/A | -27.54 | -27.54 | -27.54 |
| Other - Milton R. Holstrom | 2820-000 | N/A | -205.56 | -205.56 | -205.56 |
| Other - Milton R. Holstrom | 2820-000 | N/A | -230.57 | -230.57 | -230.57 |
| Other - North American Title Company | 2500-000 | N/A | 472.50 | 472.50 | 472.50 |
| Other - North American Title Company | 2500-000 | N/A | 60.00 | 60.00 | 60.00 |
| Other - First American Title | 2500-000 | N/A | 779.00 | 779.00 | 779.00 |
| Other - California Outdoor Properties | 3510-000 | N/A | 36,000.00 | 36,000.00 | 36,000.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|
| Other - Coldwell Banker | 3510-000 | N/A | 24,000.00 | 24,000.00 | 24,000.00 |
| Other - Sierra County Recorder's Office | 2500-000 | N/A | 26.00 | 26.00 | 26.00 |
| Other - Sierra County Tax Assessor | 2820-000 | N/A | 330.00 | 330.00 | 330.00 |
| Other - Disclosure Save | 2500-000 | N/A | 95.00 | 95.00 | 95.00 |
| Other - Disclosure Save | 2500-000 | N/A | 95.00 | 95.00 | 95.00 |
| Other - Disclosure Save | 2500-000 | N/A | 95.00 | 95.00 | 95.00 |
| Other - Sierra County Tax Collector | 2820-000 | N/A | 2,037.71 | 2,037.71 | 2,037.71 |
| Other - Sierra County Tax Collector | 2820-000 | N/A | 266.98 | 266.98 | 266.98 |
| Other - Sierra County Tax Collector | 2820-000 | N/A | 242.71 | 242.71 | 242.71 |
| Other - Sierra County Tax Collector | 2820-000 | N/A | 238.01 | 238.01 | 238.01 |
| Other - Sierra County Tax Collector | 2820-000 | N/A | 216.38 | 216.38 | 216.38 |
| Other - Sierra County Tax Collector | 2820-000 | N/A | 316.99 | 316.99 | 316.99 |
| Other - North American Title Company, Inc. | 2820-000 | N/A | 31.77 | 31.77 | 31.77 |
| Other - Sierra County Tax Collector | 2820-000 | N/A | 28.89 | 28.89 | 28.89 |
| Other - International Sureties, LTD. | 2300-000 | N/A | 113.78 | 113.78 | 113.78 |
| Other - North American Title Company, Inc. | 2500-000 | N/A | -779.00 | -779.00 | -779.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $177,794.19 | $177,744.19 | $177,744.19 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1P | Herbert Bradford Dorken | 5200-000 | N/A | N/A | 0.00 | 0.00 |
| 1P-2 | Herbert Bradford Dorken | 5200-000 | N/A | 5,046.25 | 0.00 | 0.00 |
| 2P | New York State | 5800-000 | 101.53 | 26.13 | 26.13 | 26.13 |
| 7P | Attorney General of the State of Ohio | 5800-000 | 150.00 | 202.58 | 202.58 | 202.58 |
| NOTFILED | Franchise Tax Board | 5800-000 | 800.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | | |
|---|---|---|---|---|---|---|
| NOTFILED | North Carolina Department of Revenue | 5800-000 | 27.50 | N/A | N/A | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $1,079.03 | $5,274.96 | $228.71 | $228.71 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1U | Herbert Bradford Dorken | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 1U-2 | Herbert Bradford Dorken | 7100-000 | 14,672.41 | 14,672.41 | 14,672.41 | 5,722.93 |
| 2U | New York State | 7100-000 | N/A | 25.84 | 25.84 | 10.08 |
| 4 | David and Patricia Kubich | 7100-000 | 167,032.25 | 167,199.25 | 167,199.25 | 65,215.43 |
| 5 | Matheny Sears Linkert and Jaime LLP | 7100-000 | 468,412.43 | 468,412.43 | 468,412.43 | 182,702.49 |
| 6 | Atain Specialty Insurance Company f/k/a USF Insura | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 6 -2 | Atain Specialty Insurance Company f/k/a USF Insur. | 7100-000 | 630,000.00 | 630,000.00 | 530,000.00 | 206,724.49 |
| 7U | Attorney General of the State of Ohio | 7300-000 | N/A | 70.00 | 70.00 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $1,280,117.09 | $1,280,379.93 | $1,180,379.93 | $460,375.42 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 15-42177-CN  
**Case Name:** COLUMBIA CHANNEL GOLD MINING COMPAN  

**Trustee:** (001780) Marlene G. Weinstein  
**Filed (f) or Converted (c):** 07/12/15 (f)  
**§341(a) Meeting Date:** 08/18/15  

**Period Ending:** 02/18/20  
**Claims Bar Date:** 01/15/16

| 1 Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 1030 ACRES IN 3 TAX PARCELS IN SIERRA COUNTY<br>Report of Sale [ECF #76]; Order Authorizing Sale of Property [ECF #71] | 500,000.00 | 500,000.00 | | 600,000.00 | FA |
| 2 | WELLS FARGO BUS CHECKING ACCOUNT ENDING IN 1465 | 6,902.74 | 6,902.74 | | 26,939.27 | FA |
| 3 | WELLS FARGO BUS SAVINGS ACCOUNT ENDING IN 0712 | 1,720.43 | 1,720.43 | | 520.49 | FA |
| 4 | LPL FINANCIAL ACCOUNT ENDING 0171 | 167.28 | 167.28 | | 167.28 | FA |
| 5 | Appeal of Judgment after Jury Trial; State Court (u)<br>Order Authorizing Compromise ECF #29; Notice of Compromise ECF #21 re: dismissal of appeal and compromise of claim | Unknown | 0.00 | | 0.00 | FA |
| 6 | Refund from IRS (u) | 0.00 | 2,000.00 | | 2,000.00 | FA |
| 7 | Claim for return of fees from Debtor's attorney (u)<br>Notice re; Return of Retainer ECF #41; Order Confirming Return of Retainer ECF #43 | 0.00 | 10,000.00 | | 10,000.00 | FA |
| 8 | Post-petition transfer to responsilble party (u) | 0.00 | 548.39 | | 548.39 | FA |
| **8** | **Assets Totals** (Excluding unknown values) | **$508,790.45** | **$521,338.84** | | **$640,175.43** | **$0.00** |

**Major Activities Affecting Case Closing:**

12/31/19 - received copy of motion to be filed with court re: issue new check

12/19/19 - TTC to Mr. Harpainter - client Mrs. Kubich has been ill - will get application to court for issuance of new check on file by end of year

10/28/19 - Kubich check not cleared nor anything filed in case seeking replacement check - called attorney Harpinter

09/11/19 - 1099 to creditor? per Accountant - estate will not issue 1099

John Christian - [John@jpchristiansf.com]John@jpchristiansf.com

My cell phone is 415-244-9615. (Attain)

Business mailing address:   John P. Christian, 5111 Telegraph Avenue, #276, Oakland, CA  94609

03/15/19 - FTB check to clear, accountant fee app, TFR

02/14/19 - obtain order re: pay FTB income tax, then file tax returns, resolve claim No. 1, then final review, fee apps and TFR

02/21/19 - HRG on objection to claim No. 1

01/04/19 - resolve claim objections, close sale, final tax returns, fee app, TFR

12/31/18- overbid received; auction to be held, then closing, final claims review, tax returns

11/28/18 - offer accepted; sale of property to be noticed

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 15-42177-CN | **Trustee:** (001780) Marlene G. Weinstein |
| **Case Name:** COLUMBIA CHANNEL GOLD MINING COMPAN | **Filed (f) or Converted (c):** 07/12/15 (f) |
| | **§341(a) Meeting Date:** 08/18/15 |
| **Period Ending:** 02/18/20 | **Claims Bar Date:** 01/15/16 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

06/07/18 - realtor employed - marketing property

04/30/18 - application to retain new realtor to be filed

04/30/18 - retain new realtor to market timberland (not accessible during Sierra snow season)

10/17/17 - need to employ new realtor (rejected $175,000 offer)

06/22/17 - confirmed with accountant and counsel re: previous determination no avoidable transfers to pursue

05/04/17 - realtors received inquiry - should be able to access property before end of month

04/30/17 - waiting for marketing the sale of property after winter snow season

12/30/16 - property still listed for sale; likely not to close until after winter

10/16/16 - need orders to pay FTB for 2017, insurance which expires 1/55/2017 and property taxes

07/18/16 - price reduction to $1.1 and more marketing - waiting

05/01/16 - property being actively marketed - winter season over

04/24/16 - winter over, property actively being marketed - some activity

02/10/16 - Sent 2015 returns to acct - requested counsel obtain order pay $800 to FTB by April 15,2016 - check bank balances

12/17/15 - property to be listed at $1.5 million and seek recovery of fees from debtor's bankruptcy attorneys

11/17/15 - employ local realtor as co-realtor and list property for sale for $1.2 to $1.5 million

11/12/15 - Order Approving Compromise re: reduction in claim of Bremer Whyte to $530,000 ECF #29 [appeal dismissed]

10/28/15 - 1/15/2016 bar date - also investigate possible claim against attorneys for disgorgement

10/17/15 - requested bar date .. claim reduction settlement noticed 09/28/15 - employing realtor and pending settlement discussions re: appeal and major creditor's claim

08/31/15 - accountant to review financial records; realtor working on issues related to sale of rural timber property - employ when return from vacation on 9/10/;2015; possible negotiation regarding claims and pending state court appeal; review of fees of debtor's bankruptcy attorneys fees; turnover of funds from investment account; make sure to add estate as additional insured; investigate possible claim for E&O insurer

| | |
|---|---|
| **Initial Projected Date Of Final Report (TFR):** August 18, 2016 | **Current Projected Date Of Final Report (TFR):** June 16, 2019 (Actual) |

Exhibit 9

Page: 1

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 15-42177-CN  
**Case Name:** COLUMBIA CHANNEL GOLD MINING COMPAN

**Trustee:** Marlene G. Weinstein (001780)  
**Bank Name:** Mechanics Bank  
**Account:** ******4966 - Checking Account  
**Blanket Bond:** $67,398,068.00 (per case limit)  
**Separate Bond:** N/A

**Taxpayer ID #:** **-***2917  
**Period Ending:** 02/18/20

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/14/15 | {2} | Wells Fargo Bank | Turnover of funds in bank account 1465 | 1129-000 | 26,939.27 | | 26,939.27 |
| 08/17/15 | {3} | Wells Fargo Bank | Turnover of funds in account 0712 | 1129-000 | 520.49 | | 27,459.76 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.74 | 27,444.02 |
| 09/10/15 | {6} | United States Treasury | IRS Refund Form 1120 | 1224-000 | 2,000.00 | | 29,444.02 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 43.63 | 29,400.39 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 42.28 | 29,358.11 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 40.81 | 29,317.30 |
| 12/31/15 | 101 | CFP Insurance Brokers | Insurance Premium Policy CPS2127751 ECF #37 | 2420-000 | | 4,971.14 | 24,346.16 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 46.38 | 24,299.78 |
| 01/29/16 | 102 | International Sureties, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/29/2016 FOR CASE #15-42177, Bond #016048574 [Term 1/1/16-1/1/17] | 2300-000 | | 8.85 | 24,290.93 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 35.12 | 24,255.81 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 33.63 | 24,222.18 |
| 03/02/16 | {7} | Consumer Action Law Group P.C. | Return of fees from debtor's attorney | 1249-000 | 10,000.00 | | 34,222.18 |
| 03/08/16 | 103 | Franchise Tax Board | FEIN: 94-6082917 - 2016 Form 100-ES | 2820-000 | | 800.00 | 33,422.18 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 50.84 | 33,371.34 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 46.27 | 33,325.07 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 46.20 | 33,278.87 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 52.51 | 33,226.36 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 46.06 | 33,180.30 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 52.35 | 33,127.95 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 47.51 | 33,080.44 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 45.86 | 33,034.58 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 50.54 | 32,984.04 |
| 12/29/16 | 104 | Crist, Fritschi & Paterson, Inc. | Renewal Policy CPS2586762 1-5-2017 to 1-5-2018; Invoice 22990 | 2420-000 | | 4,971.14 | 28,012.90 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 47.31 | 27,965.59 |
| 01/24/17 | 105 | International Sureties, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/24/2017 FOR CASE #15-42177, Bond #016048574 - 2017 Premium | 2300-000 | | 9.01 | 27,956.58 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 44.56 | 27,912.02 |
| 02/09/17 | 106 | Franchise Tax Board | 2017 Form 100-ES - Tax ID 94-6082917 [ECF #48] | 2820-000 | | 800.00 | 27,112.02 |

Subtotals : $39,459.76 $12,347.74

{} Asset reference(s)

Exhibit 9

Page: 2

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 15-42177-CN  
**Case Name:** COLUMBIA CHANNEL GOLD MINING COMPAN  

**Trustee:** Marlene G. Weinstein (001780)  
**Bank Name:** Mechanics Bank  
**Account:** ******4966 - Checking Account  
**Blanket Bond:** $67,398,068.00 (per case limit)  

**Taxpayer ID #:** **-***2917  
**Period Ending:** 02/18/20  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 36.97 | 27,075.05 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 40.24 | 27,034.81 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 36.29 | 26,998.52 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 42.71 | 26,955.81 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 38.77 | 26,917.04 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 37.42 | 26,879.62 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 42.53 | 26,837.09 |
| 09/05/17 | {4} | LPL Financial | Turnover of remainder in investment account | 1129-000 | 167.28 | | 27,004.37 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 37.49 | 26,966.88 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 41.37 | 26,925.51 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 38.72 | 26,886.79 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 37.38 | 26,849.41 |
| 01/05/18 | 107 | CF&P Insurance Brokers | Insurance premium for 2018 ECF #58 | 2420-000 | | 4,971.14 | 21,878.27 |
| 01/29/18 | 108 | International Sureties, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/29/2018 FOR CASE #15-42177, Bond #016048574 (Term: 1/1/18-1/1/19) | 2300-000 | | 4.23 | 21,874.04 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 37.47 | 21,836.57 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 29.31 | 21,807.26 |
| 03/07/18 | 109 | Franchise Tax Board | 2018 Form 100-ES - Tax ID 94-6082917 [ECF #60] | 2820-000 | | 800.00 | 21,007.26 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 30.82 | 20,976.44 |
| 04/25/18 | {8} | Andrew McNear | Turnover of post-petition transfer | 1249-000 | 548.39 | | 21,524.83 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 29.21 | 21,495.62 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 34.01 | 21,461.61 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 29.83 | 21,431.78 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 32.88 | 21,398.90 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 31.80 | 21,367.10 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.39 | 21,350.71 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.30 | 21,331.41 |
| 01/03/19 | 110 | Trustee Resource Group | Insurance coverage Invoice 2022 [Order Authorizing Payment ECF #72] | 2420-000 | | 457.00 | 20,874.41 |
| 01/14/19 | | North American Title Company, Inc. | Net proceeds from sale of property | | 533,304.62 | | 554,179.03 |
| | {1} | Milton R. Holstrom | Proceeds from sale of property   600,000.00 | 1110-000 | | | 554,179.03 |
| | | Martin R. Holstrom | Credit for pro-rated   27.54<br>County real property | 2820-000 | | | 554,179.03 |

Subtotals :       $534,020.29       $6,953.28

{} Asset reference(s)       Printed: 02/18/2020 01:05 PM       V.14.66

Case: 15-42177    Doc# 103    Filed: 03/06/20    Entered: 03/06/20 10:18:32    Page 11 of 14

Exhibit 9

Page: 3

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 15-42177-CN  
**Case Name:** COLUMBIA CHANNEL GOLD MINING COMPAN  

**Taxpayer ID #:** \*\*-\*\*\*2917  
**Period Ending:** 02/18/20  

**Trustee:** Marlene G. Weinstein (001780)  
**Bank Name:** Mechanics Bank  
**Account:** \*\*\*\*\*\*4966 - Checking Account  
**Blanket Bond:** $67,398,068.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|---|
| | | | taxes | | | | | |
| | | Milton R. Holstrom | Credit for pro-rated County real property taxes | 205.56 | 2820-000 | | | 554,179.03 |
| | | Milton R. Holstrom | Credit for pro-rated County real property taxes | 230.57 | 2820-000 | | | 554,179.03 |
| | | North American Title Company | Title and Escrow Fees | -472.50 | 2500-000 | | | 554,179.03 |
| | | North American Title Company | Title - Courier/Overnight Fee | -60.00 | 2500-000 | | | 554,179.03 |
| | | First American Title | Title Insurance - Owner Policy | -779.00 | 2500-000 | | | 554,179.03 |
| | | California Outdoor Properties | Commission to Trustee's realtor | -36,000.00 | 3510-000 | | | 554,179.03 |
| | | Coldwell Banker | Commission to Buyer's realtor | -24,000.00 | 3510-000 | | | 554,179.03 |
| | | Sierra County Recorder's Office | Recording Fees to Sierra County | -26.00 | 2500-000 | | | 554,179.03 |
| | | Sierra County Tax Assessor | Transfer Tax to Sierry County | -330.00 | 2820-000 | | | 554,179.03 |
| | | Disclosure Save | Natural Hazard Report 010-030-013-0 | -95.00 | 2500-000 | | | 554,179.03 |
| | | Disclosure Save | Natural Hazard Report 010-020-008-0 | -95.00 | 2500-000 | | | 554,179.03 |
| | | Disclosure Save | Natural Hazard Report 010-040-006-0 | -95.00 | 2500-000 | | | 554,179.03 |
| | | Sierra County Tax Collector | Post-petition property tax defaults to Sierry County | -2,037.71 | 2820-000 | | | 554,179.03 |
| | | Sierra County Tax Collector | 1st Installment property tax to Sierra County | -266.98 | 2820-000 | | | 554,179.03 |
| | | Sierra County Tax Collector | 2nd Installment property tax to Sierra County | -242.71 | 2820-000 | | | 554,179.03 |
| | | Sierra County Tax Collector | Pre-petition property tax defaults to Sierra County | -1,827.11 | 4700-000 | | | 554,179.03 |
| | | Sierra County Tax Collector | 1st Installment property tax to Sierra County | -238.01 | 2820-000 | | | 554,179.03 |
| | | Sierra County Tax Collector | 2nd Installment property tax to Sierra County | -216.38 | 2820-000 | | | 554,179.03 |
| | | Sierra County Tax Collector | Post-petition property tax | -316.99 | 2820-000 | | | 554,179.03 |

Subtotals :  $0.00   $0.00

# Form 2
## Cash Receipts And Disbursements Record

Exhibit 9
Page: 4

**Case Number:** 15-42177-CN  
**Case Name:** COLUMBIA CHANNEL GOLD MINING COMPAN  

**Taxpayer ID #:** **-***2917  
**Period Ending:** 02/18/20  

**Trustee:** Marlene G. Weinstein (001780)  
**Bank Name:** Mechanics Bank  
**Account:** ******4966 - Checking Account  
**Blanket Bond:** $67,398,068.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | defaults to Sierra County | | | | |
| | | | 1st Installment property tax to Sierra County   -31.77 | 2820-000 | | | 554,179.03 |
| | | Sierra County Tax Collector | 2nd Installment property tax to Sierra County   -28.89 | 2820-000 | | | 554,179.03 |
| 01/23/19 | 111 | International Sureties, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/23/2019 FOR CASE #15-42177 | 2300-000 | | 113.78 | 554,065.25 |
| 01/24/19 | | North American Title Company, Inc. | Reimbursed from buyer for title insurance premium - Link to 1/14/2019 Deposit 100007-1 | 2500-000 | | -779.00 | 554,844.25 |
| 03/15/19 | 112 | Franchise Tax Board | FEIN 94-6082917; 1/31/19 Form 100; Order Authorizing Payment ECF #87 | 2820-000 | | 2,717.00 | 552,127.25 |
| 09/13/19 | 113 | Dentons US LLP | Dividend paid 100.00% on $22,932.50, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 22,932.50 | 529,194.75 |
| 09/13/19 | 114 | Dentons US LLP | Dividend paid 100.00% on $53.73, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 53.73 | 529,141.02 |
| 09/13/19 | 115 | Marlene G. Weinstein | Dividend paid 100.00% on $105.82, Trustee Expenses; Reference: | 2200-000 | | 105.82 | 529,035.20 |
| 09/13/19 | 116 | Marlene G. Weinstein | Dividend paid 100.00% on $35,258.77, Trustee Compensation; Reference: | 2100-000 | | 35,258.77 | 493,776.43 |
| 09/13/19 | 117 | Rincon Law, LLP | Dividend paid 100.00% on $19,635.00, Attorney for Trustee Fees (Other Firm); Reference: | 3210-000 | | 19,635.00 | 474,141.43 |
| 09/13/19 | 118 | Rincon Law, LLP | Dividend paid 100.00% on $100.62, Attorney for Trustee Expenses (Other Firm); Reference: | 3220-000 | | 100.62 | 474,040.81 |
| 09/13/19 | 119 | Bachecki, Crom & Co., LLP, CPA's | Dividend paid 100.00% on $13,356.00, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 13,356.00 | 460,684.81 |
| 09/13/19 | 120 | Bachecki, Crom & Co., LLP, CPA's | Dividend paid 100.00% on $80.68, Accountant for Trustee Expenses (Other Firm); Reference: | 3420-000 | | 80.68 | 460,604.13 |
| 09/13/19 | 121 | New York State | Dividend paid 100.00% on $26.13; Claim# 2P; Filed: $26.13; Reference: B-94-XXX2917-1 | 5800-000 | | 26.13 | 460,578.00 |
| 09/13/19 | 122 | Attorney General of the State of Ohio | Dividend paid 100.00% on $202.58; Claim# 7P; Filed: $202.58; Reference: XXXXX8647 | 5800-000 | | 202.58 | 460,375.42 |
| 09/13/19 | 123 | Herbert Bradford Dorken | Dividend paid 39.00% on $14,672.41; Claim# 1U-2; Filed: $14,672.41; Reference: | 7100-000 | | 5,722.93 | 454,652.49 |
| 09/13/19 | 124 | New York State | Dividend paid 39.00% on $25.84; Claim# 2U; Filed: $25.84; Reference: B-94-XXX2917-1 | 7100-000 | | 10.08 | 454,642.41 |

Subtotals: $0.00   $99,536.62

{} Asset reference(s)

Case: 15-42177   Doc# 103   Filed: 03/06/20   Entered: 03/06/20 10:18:32   Page 13 of 14

Printed: 02/18/2020 01:05 PM   V.14.66

Exhibit 9

Page: 5

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 15-42177-CN  
**Case Name:** COLUMBIA CHANNEL GOLD MINING COMPAN

**Taxpayer ID #:** **-***2917  
**Period Ending:** 02/18/20

**Trustee:** Marlene G. Weinstein (001780)  
**Bank Name:** Mechanics Bank  
**Account:** ******4966 - Checking Account  
**Blanket Bond:** $67,398,068.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/13/19 | 125 | David and Patricia Kubich | Dividend paid 39.00% on $167,199.25; Claim# 4; Filed: $167,199.25; Reference: CASE NO. CU13-079612<br>Voided on 01/08/20 | 7100-000 | | 65,215.43 | 389,426.98 |
| 09/13/19 | 126 | Matheny Sears Linkert and Jaime LLP | Dividend paid 39.00% on $468,412.43; Claim# 5; Filed: $468,412.43; Reference: | 7100-000 | | 182,702.49 | 206,724.49 |
| 09/13/19 | 127 | Atain Specialty Insurance Company f/k/a USF Insura | Dividend paid 39.00% on $530,000.00; Claim# 6 -2; Filed: $630,000.00; Reference: LAWSUIT CASE NO. CU13-079 | 7100-000 | | 206,724.49 | 0.00 |
| 01/08/20 | 125 | David and Patricia Kubich | Dividend paid 39.00% on $167,199.25; Claim# 4; Filed: $167,199.25; Reference: CASE NO. CU13-079612<br>Voided: check issued on 09/13/19 | 7100-000 | | -65,215.43 | 65,215.43 |
| 01/08/20 | 128 | Dewey V. Harpainter IOLTA Lawyer Trust Account | Ref # CASE NO. CU13-079612 | 7100-000 | | 65,215.43 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 573,480.05 | 573,480.05 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 573,480.05 | 573,480.05 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$573,480.05** | **$573,480.05** | |

| Net Receipts : | 573,480.05 |
|---|---|
| Plus Gross Adjustments : | 66,695.38 |
| Net Estate : | $640,175.43 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******4966** | 573,480.05 | 573,480.05 | 0.00 |
| | $573,480.05 | $573,480.05 | $0.00 |